01
02
03
04
05

06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,           )    CASE NO.: CR05-005-RSM
                                        )
09          Plaintiff,                  )
                                        )
10      v.                              )    SUMMARY REPORT OF U.S.
                                        )    MAGISTRATE JUDGE AS TO
11  TROY VICTOR REPP,                   )    ALLEGED VIOLATIONS
                                        )    OF SUPERVISED RELEASE
12          Defendant.                  )
    _____ )
13

14          An evidentiary hearing on supervised release revocation in this case was scheduled before

15  me on October 27, 2005.  The United States was represented by AUSA James D. Oesterle and

16  the defendant by Timothy R. Lohraff.  The proceedings were recorded on cassette tape.

17          Defendant had been sentenced in the District of Oregon on or about September 13, 1999,

18  by the Honorable James A. Redden on a charge of Possession of a Weapon During a Drug

19  Trafficking Crime and sentenced to 60 Months Custody, three years Supervised Release.

20          The defendant was accepted for supervision in this District on April 8, 2004.  A violation

21  report and request for transfer of jurisdiction was sent from this District to the District of Oregon

22  on October 22, 2004, based on an allegation that the defendant had violated his supervised release

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -1

01  by using cocaine on October 18, 2004.  Additional violations were alleged by the defendant's

02  probation officer while the transfer of jurisdiction was pending, consisting of allegations that the

03  defendant had failed to appear for testing on several occasions and had not commenced outpatient

04  treatment as required.  Therefore a request for warrant was presented to Judge Redden, issued,

05  and served on the defendant in this District.  Transfer of jurisdiction was accepted by this District

06  on December 29, 2004, and the matter was assigned the above cause number.

07          On January 12, 2005, defendant admitted to violating the conditions of supervised release

08  by failing to participate in a substance abuse treatment program as directed by the probation officer

09  and using controlled substances (cocaine) and failing to submit to urinalysis testing.  He was

10  sentenced to 90 days with credit for time served.

11          In an application dated October 5,  2005, Supervising U.S. Probation Officer Steven M.

12  McNickle alleged the following violation of the conditions of supervised release:

13          1.      Using cocaine on or before September 16, 2005 in violation of standard condition

14                  #7.

15          2.      Failing to notify probation officer of change in employment or residence, 10 days

16                  prior to any change, in violation of standard condition #6.

17          3.      Failing to report for urinalysis testing on April 21, and 27, 2005; June 2, 2005; July

18                  26, 2005; August 29, 2005; and September 20 and 28, 2005 in violation of the

19                  special condition of drug aftercare.

20      Defendant was advised in full as to those charges and as to his constitutional rights.

21          Defendant admitted each of the alleged violations and waived any evidentiary hearing as

22  to whether they occurred.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -2

01          I therefore recommend the Court find defendant violated his supervised release as alleged

02   and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

03   set before Judge Martinez.

04          Pending a final determination by the Court, defendant has been detained.

05          DATED this  28th  day of October 2005.

06                                              _____
                                                Mary Alice Theiler
07                                              United States Magistrate Judge

08

09

10   cc:     District Judge:          Honorable Ricardo S. Martinez
             AUSA:                    James D. Oesterle
11           Defendant's attorney:    Timothy R. Lohraff
             Probation officer:       Steven M. McNickle

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -3